IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GLORIA WILLIAMSON,<br>Individually and on behalf of others<br>similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN PETRO INVESTMENTS,<br>LLC and DHIRAJ DUTT,<br><br>Defendants. | )<br>)<br>)<br>)    CIVIL ACTION FILE NO.<br>)    1:15-CV-03082-WSD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER APPROVING SETTLEMENT

The Parties having jointly moved [Dkt. 10] for review and approval of the Parties' Settlement Agreement [Dkt. 10-1] in this FLSA dispute, the Court having reviewed the same, and for good cause shown; the Court finds that the settlement is a fair and reasonable resolution of this matter. It is hereby ORDERED that the Joint Motion is GRANTED and that the Settlement Agreement is APPROVED. The Court shall retain jurisdiction over this matter until all consideration provided for in the Settlement Agreement is satisfied.

SO ORDERD This 22nd day of February, 2016.

_____
William S. Duffey, Jr.
UNITED STATES DISTRICT JUDGE